UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ANTHONY JOSEPH SILVEIRA,**

      **Plaintiff,**

v.                                 Case No. 6:25-cv-2093-CEM-LHP

**ORANGE COUNTY BOARD OF COUNTY COMMISSIONERS, ORANGE COUNTY CLERK OF COURTS, MELISSA GEIST, ELIZABETH GIBSON, DIANA MICHELLE TENNIS and MEGAN SWAIN,**

      **Defendants.**
_____/

**ORDER**

    THIS CAUSE is before the Court on an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), which has been construed as a Motion for Leave to Proceed *In Forma Pauperis* ("Motion," Doc. 2). The United States Magistrate Judge issued a Report and Recommendation (Doc. 3), recommending that the Motion be denied without prejudice, and the Complaint (Doc. 1) be dismissed as a shotgun pleading.

    After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate

Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 3) is **ADOPTED** and made a part of this Order.

2. The Motion to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED**.

3. The Complaint (Doc. 1) is **DISMISSED without prejudice**.

4. **On or before January 7, 2026**, Plaintiff may file an Amended Complaint and Renewed Motion to Proceed *In Forma Pauperis* that corrects the deficiencies set forth in the Report and Recommendation. Failure to do so will result in the closure of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on December 16, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party